In the Matter of the Application of the CITY OF YONKERS, NEW YORK, by WILLIAM COLQUHOUN, as Its Commissioner of Public Works, for the Acquisition for a Public Purpose of Certain Premises on the West Side of Warburton Avenue, between Main Street and Larkin Plaza, in the City of Yonkers, New York, Appellant, against M. E. D. CORPORATION and Others, Respondents.* — Order confirming report of commissioners unanimously affirmed, with costs to each respondent

* Motion to dismiss appeal denied, 261 N. Y. 638; appeal dismissed, 262 id. ——.

appearing and filing a brief. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.